UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GRANITE STATE INSURANCE COMPANY, AS SUBROGEE OF 4G METALS, INC. D/B/A SUNSHINE RECYCLING** § § § § § § **v.** § § **CHAUCER SYNDICATE 1084 AT LLOYD'S** § § | **CASE NO.:** |

### DEFENDANT CHAUCER SYNDICATE 1084 AT LLOYD'S
### <u>NOTICE OF REMOVAL OF CLAIMS</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant in the above styled case, **CHAUCER SYNDICATE 1084 AT LLOYD'S,** and gives notice of removal of this severed civil action from the 269th Judicial District Court, Harris County, Texas, to this Court:

1. The Court entered its order of severance regarding the underlying state Court action severed into Case No. 2018-70481-A, brought by Plaintiff **GRANITE STATE INSURANCE COMPANY, AS SUBROGEE OF 4G METALS, INC. D/B/A SUNSHINE RECYCLING** against Defendant **CHAUCER SYNDICATE 1084 AT LLOYD'S**, on April 7, 2020, thereby creating a complete diversity of citizenship as set forth in detail below. Therefore, this Notice for Removal is timely filed under 28 U.S.C. §1446(b) within 30 days after the receipt of said Order.

2. This action is one of a civil nature for subrogation by Plaintiff, as subrogee of its insured as a result of alleged losses caused by alleged breach of an insurance contract by

Defendant to its subrogor related to losses in Harris County, Texas under a Marine Cargo Insurance policy.

3. Plaintiff is a foreign insurance company located in the United States and doing business in the State of Texas.

4. Defendant is an overseas and thus foreign insurance company doing business in the State of Texas.

5. Defendant removes this case to federal court because a complete diversity of citizenship exists among the parties.

6. The matter seeks monetary relief over $75,000.00, excluding interest and costs, giving rise to original federal court jurisdiction pursuant to 28 U.S.C. §1332.

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the acts or omissions allegedly occurred in this district and the state court where the suit has been pending is located in this district.

8. The United States District Court has original jurisdiction under 28 U.S.C. §1332. This action is removable under 28 U.S.C. §1441(a) and (b).

9. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

12. Pursuant to Local Rule 81, Defendant attaches the following along with an Index of Documents:

| Document Name | Date of Original Filing |
| --- | --- |
| Plaintiff's Fourth Amended Petition and Request for Disclosure | 07/19/19 |
| Citation served on Chaucer Syndicate 1084 at Lloyd's | 08/08/19 |
| Defendant Chaucer Syndicate 1084 at | 09/24/19 |

| | |
|---|---|
| Lloyd's Amended Original Answer and Affirmative Defenses to Plaintiff's Fourth Amended Petition and Request for Disclosure | |
| Plaintiff's Fifth Amended Original Petition and Request for Disclosure | 10/18/19 |
| Plaintiff's Sixth Amended Original Petition and Request for Disclosure | 10/25/19 |
| Plaintiff's Seventh Amended Original Petition and Request for Disclosure | 11/25/19 |
| Defendant Chaucer Syndicate 1084 at Lloyd's Second Amended Original Answer and Affirmative Defenses to Plaintiff's Seventh Amended Petition and Request for Disclosure | 11/26/19 |
| Defendant Chaucer Syndicate 1084 at Lloyd's Rule 41 Motion to Sever, and proposed Order | 02/28/20 |
| Texas Terminals, L.P.'s Response to Defendant Chaucer Syndicate 1084 Lloyd's Rule 41 Motion to Sever | 03/12/20 |
| Amended Notice of Submission on Defendant Chaucer Syndicate 1084 at Lloyd's Rule 41 Motion to Sever | 03/17/20 |
| Order on Defendant Chaucer Syndicate 1084 at Lloyd's Rule 41 Motion to Sever | 04/07/20 |
| Defendant Texas Terminals L.P.'s Traditional and No-Evidence Motion for Summary Judgment | 09/11/2019 |
| Exhibit A | 09/11/2019 |
| Exhibit B | 09/11/2019 |
| Exhibit C | 09/11/2019 |
| Exhibit D | 09/11/2019 |
| Exhibit E | 09/11/2019 |
| Exhibit F | 09/11/2019 |
| Exhibit G | 09/11/2019 |
| Exhibit H | 09/11/2019 |
| Exhibit J | 09/11/2019 |
| Exhibit K | 09/11/2019 |
| Exhibit L | 09/11/2019 |
| Exhibit M | 09/11/2019 |
| Exhibit N | 09/11/2019 |
| Exhibit O | 09/11/2019 |

3739980-1

| | |
|---|---|
| Exhibit P | 09/11/2019 |
| Exhibit Q | 09/11/2019 |
| Exhibit R | 09/11/2019 |
| Exhibit S | 09/11/2019 |
| Exhibit T | 09/11/2019 |
| Plaintiff's Motion to Continue Summary Judgment Hearing and Subject Thereto, Objections to Texas Terminals L.P.'s Summary Judgment Evidence and Response to Texas Terminals L.P.'s Traditional and No-Evidence Motions for Summary Judgment | 10/18/2019 |
| Exhibit 1 | 10/18/2019 |
| Exhibit 2 | 10/18/2019 |
| Exhibit 3 | 10/18/2019 |
| Exhibit 4 | 10/18/2019 |
| Exhibit 5 | 10/18/2019 |
| Exhibit 6 | 10/18/2019 |
| Exhibit 7 | 10/18/2019 |
| Exhibit 8 | 10/18/2019 |
| Order signed Granting Trial Continuance | 10/24/2019 |
| Trial Preparation Order | 10/25/2019 |
| Docket Control Order | 10/25/2019 |
| Joint Motion for Continuance and for Entry of Amended Docket Control Order | 03/27/2020 |
| Exhibit A | 03/27/2020 |
| Order signed Granting Trial Continuance | 04/14/2020 |
| Docket Sheet from Case No. 2018-70481 (A) | 4/22/2020 |
| | |
| Civil Cover Sheet | |
| Disclosure Statement under Fed. R. Civ. P. 7.1 | |
| list of the names, addresses, and telephone numbers of all counsel who have appeared in this action and their respective parties | |

WHEREFORE, Defendant requests that the above-described action now pending in the 269th Judicial District Court, Harris County, Texas be removed to this Honorable Court.

Respectfully submitted:

**CHAFFE MCCALL, LLP**

By:   */s/ John M. Ribarits*
JOHN M. RIBARITS
Texas State Bar No. 00792302
Fed. I.D.: 19319
Email: john.ribarits@chaffe.com
KENNETH H. TRIBUCH
Texas State Bar No. 24042539
Fed. I.D.: 579059
Email: kenneth.tribuch@chaffe.com
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile:   (713) 546-9806

**ATTORNEYS FOR DEFENDANT,
CHAUCER SYNDICATE 1084 AT LLOYD'S**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record by placing a copy of same in the United States mail, certified, return receipt requested, facsimile, electronically, and/or hand delivery on this 6th day of May, 2020, as follows:

Loren R. Smith
Kelly Smith & Schmidt, P.C.
4305 Yoakum Blvd.
Houston, Texas 77006
smith@kellysmithpc.com

**Counsel for Plaintiff, Granite State Insurance Company,
as Subrogee of 4G/5G Metals, Inc. d/b/a Sunshine Recycling**

  */s/John M. Ribarits*
JOHN M. RIBARITS